Law Offices of Beles & Beles
Robert J. Beles  Bar no. 41993
Paul McCarthy  Bar no. 139497
One Kaiser Plaza, Suite 2300
Oakland, California 94612-3642
Tel No. (510) 836-0100
Fax. No. (510) 832-3690

Attorneys for *Petitioner*
LONNIE ORLANDO MITCHELL

United States District Court
for the Eastern District of California
Robert T. Matsui Federal Courthouse

| | |
|---|---|
| LONNIE ORLANDO MITCHELL,<br><br>*Petitioner*,<br>vs.<br><br>MATTHEW ATCHLEY, Warden, Salinas Valley State Prison, Soledad, California,<br><br>*Respondent*,<br><br>PEOPLE OF THE STATE OF CALIFORNIA,<br><br>*Real Party in Interest*. | No. 2:24-cv-02823-DJC-SCR<br><br>ORDER GRANTING EXTENSION OF TIME TO FILE TRAVERSE AND REPLY MEMORANDUM<br><br>*(unopposed)* |

**ORDER GRANTING EXTENSION OF
TIME TO FILE TRAVERSE AND REPLY MEMORANDUM**

Good cause appearing, and the motion being unopposed, this court this court grants petitioner Lonnie Orlando Mitchell a 30 day extension of time to file the traverse and reply memorandum, from Monday, March 31, 2025, to and including Wednesday, April 30, 2025. ECF No. 19. The Clerk of Court shall term the motions at ECF Nos. 17 and 18 as moot.

///

///

///

1  DATED: April 1, 2025.

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE