Law Offices of Beles & Beles
Robert J. Beles Bar no. 41993
Paul McCarthy Bar no. 139497
One Kaiser Plaza, Suite 2300
Oakland, California 94612-3642
Tel No. (510) 836-0100
Fax. No. (510) 832-3690

Attorneys for *Petitioner*
LONNIE ORLANDO MITCHELL

United States District Court
for the Eastern District of California
Robert T. Matsui Federal Courthouse

| | |
|---|---|
| LONNIE ORLANDO MITCHELL,<br><br>*Petitioner*,<br>vs.<br><br>MATTHEW ATCHLEY, Warden, Salinas Valley State Prison, Soledad, California,<br><br>*Respondent*,<br><br>PEOPLE OF THE STATE OF CALIFORNIA,<br><br>*Real Party in Interest*. | No. 2:24-cv-02823-DJC-SCR<br><br>~~PROPOSED~~ ORDER GRANTING EXTENSION OF TIME TO FILE TRAVERSE AND REPLY MEMORANDUM<br><br>*(unopposed)* |

**~~PROPOSED~~ ORDER GRANTING EXTENSION OF
TIME TO FILE TRAVERSE AND REPLY MEMORANDUM**

Good cause appearing, and the motion being unopposed, this court grants petitioner Lonnie Orlando Mitchell a 31 day extension of time to file the traverse and reply memorandum up to and including June 30, 2025. **This deadline is firm as no further extensions of time shall be granted.**

Dated: June 2, 2025

_____
SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE

Proposed Order Granting Extension of Time to File Traverse and Reply Memorandum